# EXHIBIT C-1

US 8,190,885

## Analysis of Infringement of U.S. Patent No. 8,190,885 by Dillard's Inc.
## (Based on Public Information Only)

Induction Devices LLC ("Induction Devices") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 8,190,885, entitled "Non-volatile Memory Sub-system Integrated with Security for Storing Near Field Transactions" (the "'885 patent") by Dillard's Inc. ("Dillard's"). The following chart illustrates an exemplary analysis regarding indirect infringement by Dillard's branded contactless consumer credit cards (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Dillard's has not yet provided any non-public information.

Induction Devices contends that the Accused Instrumentalities are marketed, provided to, and/or used by or for Dillard's partners, clients, customers, and end users across the country and in this District, resulting in acts of direct infringement under 35 U.S.C. § 271(a) by those third parties. Induction Devices further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Induction Devices believes and contends that each element of each claim asserted herein is literally met through Dillard's provision of the Infringing Instrumentalities. However, to the extent that Dillard's attempts to allege that any asserted claim element is not literally met, Induction Devices believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, Induction Devices did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Induction Devices notes that the present claim chart and analysis are necessarily preliminary in that Induction Devices has not obtained substantial discovery from Dillard's nor has Dillard's disclosed any detailed analysis for its non-infringement position, if any. Further, Induction Devices does not have the benefit of claim construction or expert discovery. Induction Devices reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Induction Devices, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

US 8,190,885

| Claim # | Infringement |
|---|---|
| 1. A memory module, with integrated security functionality, configured to provide a secure environment for near field communication (NFC) transactions, comprising: | The Accused Instrumentalities comprise a memory module, with integrated security functionality, configured to provide a secure environment for near field communication (NFC) transactions.<br><br><br><br>https://www.dillards.com/c/DillardsCard?cmp=A~H~A~Z~8~E~ZZZ1~CC~DL~LC |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **Contactless INDICATOR**    **Contactless SYMBOL** <br><br> **Contactless Indicator** <br> The Contactless Indicator is for use on payment cards and mobile devices to demonstrate that they can be used to make EMV Contactless payments. <br><br> **Contactless Symbol** <br> The Contactless Symbol is for use at the point-of-sale to signal to consumers that a payment terminal can accept EMV Contactless payments. <br><br> https://www.emvco.com/emv-technologies/emv-contactless-chip/ <br><br> As shown below, the Accused Instrumentalities comply with EMV contactless specifications for payment cards, supporting card transactions via near-field communication (NFC). The Accused Instrumentalities establish a secure channel (secure environment) for NFC-based transactions. |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
| | **2  Secure Channel**<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br><br>• Privacy protection<br><br>• Secure data storage<br><br>• Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2 at 15. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| |  |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **1    Scope**<br><br>This document, the *Integrated Circuit Card (ICC) Specifications for Payment Systems – Book 1, Application Independent ICC to Terminal Interface Requirements*, describes the minimum functionality required of integrated circuit cards (ICCs) and terminals to ensure correct operation and interoperability independent of the application to be used. Additional proprietary functionality and features may be provided, but these are beyond the scope of this specification and interoperability cannot be guaranteed.<br><br>The *Integrated Circuit Card Specifications for Payment Systems* includes the following additional documents, all available on http://www.emvco.com:<br><br>• Book 2 – Security and Key Management<br>• Book 3 – Application Specification<br>• Book 4 – Cardholder, Attendant, and Acquirer Interface Requirements<br><br>EMV Integrated Circuit Card (ICC) Specifications for Payment Systems, Book 1, Application Independent ICC to Terminal Interface Requirements, v4.4, Section 1 at 10.<br><br>**2.1  Volumes of the Contactless Specifications**<br><br>This specification is part of an eleven-volume set:<br><br>    *Book A: Architecture and General Requirements*<br>    *Book B: Entry Point Specification*<br>    *Book C-2: Kernel 2 Specification*<br>    *Book C-3: Kernel 3 Specification*<br>    *Book C-4: Kernel 4 Specification*<br>    *Book C-5: Kernel 5 Specification*<br>    *Book C-6: Kernel 6 Specification*<br>    *Book C-7: Kernel 7 Specification*<br>    *Book C-8: Kernel 8 Specification*<br>    *Book E: Security and Key Management*<br>    *Level 1 Specifications for Payment Systems, EMV Contactless Interface Specification* |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | EMV Contactless Specifications for Payment Systems, Book A: Architecture and General Requirements, v2.11, Section 2.1 at 13.<br><br>On information and belief, the ability to read and write data to and/or from the Accused Instrumentalities indicates the presence of a memory module.  The memory module comprises integrated security functionality configured to provide a secure environment for near field communication (NFC) transactions.<br><br>**2.3 Secure Data Storage**<br><br>The privacy protection is extended to secure the Card data storage based on the READ DATA and WRITE DATA commands. This may be used for reading from and writing to TLV encoded data envelopes, as shown in Figure 2.3.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.3 at 18.<br><br>The Local Cryptogram is returned by the Card in the response message of the GENERATE AC command with the following Card transaction data:<br><br>• The Cryptogram Information Data (CID) that informs the Reader on the type of Application Cryptogram generated.<br><br>• The Application Transaction Counter (ATC) incremented by the Card for each transaction that ensures the freshness of the Application Cryptogram and Local Cryptogram on the Card side.    ← NFC transaction data<br><br>• The Cardholder Verification Decision (CVD) that indicates the Cardholder Verification Method (CVM) chosen by the Card, not the result of a Cardholder verification.<br><br>• Optional data objects authenticated by the Local Cryptogram.<br><br>• The Application Cryptogram (AC).<br><br>• The Issuer Application Data (IAD), including the results of the Card processing, that informs the Issuer about the Card application during the remote authentication.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 20. |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
| | **2  Secure Channel** This section describes the secure channel established between the Reader and the Card for each transaction. The secure channel provides: <ul><li>Privacy protection</li><li>Secure data storage</li><li>Local authentication, described separately in section 3.</li></ul> Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.  ← a secure environment EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2 at 13. The Card data storage also includes an authentication mechanism for the data sent or received by the Card. An 8-byte MAC is computed by the Card using AES-CMAC with the session key for integrity $SK_I$. EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.3 at 18. |

US 8,190,885

| Claim # | Infringement |
|---|---|



The Reader transaction data needed by the Card is specified in the Processing Options Data Object List (PDOL) and Card Risk Management Data Object List (CDOL1).

PDOL indicates the data objects needed to initialise the Card application such as the Kernel Qualifier and Kernel Key Data. The Kernel Qualifier indicates the secure channel Algorithm Suite Indicator (ASI) supported by the Reader and whether the Reader supports local authentication or not. The Kernel Key Data is the Reader ephemeral ECC public key used in the BDH key agreement.

a secure environment and a secure line of communication

CDOL1 in Table 3.1 indicates the recommended data objects needed by the Card application to complete the transaction. Data objects already specified in the PDOL are normally not repeated in CDOL1.

**Table 3.1 – Recommended CDOL1**

| Reference | Length |
|---|---|
| Amount, Authorised (Numeric) | 6 |
| Amount, Other (Numeric) | 6 |
| Terminal Country Code | 2 |
| Terminal Verification Results | 5 |
| Transaction Currency Code | 2 |

EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 21.

## 3  Local Authentication

This section describes the local authentication of the Card by the Reader when performed during a transaction, it authenticates the transaction data and ensures that the Card is genuine.

security functions

EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3 at 17.

9

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| 1a. a non-volatile memory configured to store security software and data related to NFC transactions; | The Accused Instrumentalities comprise a non-volatile memory configured to store security software and data related to NFC transactions.<br><br>On information and belief, the Accused Instrumentalities comprise a non-volatile memory configured to store security software and data related to NFC transactions (e.g. cryptographic applications and data).<br><br>## 2  Secure Channel<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br>- Privacy protection<br>- Secure data storage<br>- Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2 at 15.<br><br>Various applications are stored on the Accused Instrumentalities, connotes the use non-volatile memory. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **Application Data**<br><br>The Application Data field is used to inform the PCD which applications are installed on the PICC.<br><br>**Requirements 6.7:  Application Data Field**<br><br>**PCD**<br><br>6.3.2.3    The PCD shall disregard any value returned by the PICC in the Application Data field.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 6.3.2.3 at 156.<br><br>The ability to read and write data to and from the Accused Instrumentalities further confirms the presence of a non-volatile memory.<br><br>**2.3 Secure Data Storage**<br><br>The privacy protection is extended to secure the Card data storage based on the READ DATA and WRITE DATA commands. This may be used for reading from and writing to TLV encoded data envelopes, as shown in Figure 2.3.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.3 at 18.<br><br>The non-volatile memory in the Accused Instrumentalities stores security software. |

US 8,190,885

| Claim # | Infringement |
|---|---|
|  | ## 2  Secure Channel<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br><br>- Privacy protection<br>- Secure data storage<br>- Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2 at 15.<br><br>The security software is used to encrypt sensitive data, including, on information and belief, data stored on the card related to NFC transactions.<br><br>## 2.2 Privacy Protection<br><br>Once the secure channel is established between the Reader and the Card, sensitive data returned by the Card, as shown in Figure 2.2, is encrypted using AES-CTR with the session key for confidentiality $SK_C$. |

| Claim # | Infringement |
|---|---|
| |  EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.2 at 16.<br><br>## 3.2 Local Cryptogram<br><br>The Local Cryptogram is generated by the Card over the transaction data, including the Issuer Application Data, the Card Static Data to be Authenticated and the Application Cryptogram. The Application Cryptogram is generated over a subset of the transaction data as described in section 4.2. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 20.<br><br>As shown below, the Accused Instrumentalities maintain data related to NFC transactions. For example, the Application Transaction Counter (ATC) value is incremented by the card with each transaction and can be retrieved from the Accused Instrumentalities using the GET DATA command.<br><br>The Local Cryptogram is returned by the Card in the response message of the GENERATE AC command with the following Card transaction data:<br><br>• The Cryptogram Information Data (CID) that informs the Reader on the type of Application Cryptogram generated.<br><br>• The Application Transaction Counter (ATC) incremented by the Card for each transaction that ensures the freshness of the Application Cryptogram and Local Cryptogram on the Card side.    ← NFC transaction data<br><br>• The Cardholder Verification Decision (CVD) that indicates the Cardholder Verification Method (CVM) chosen by the Card, not the result of a Cardholder verification.<br><br>• Optional data objects authenticated by the Local Cryptogram.<br><br>• The Application Cryptogram (AC).<br><br>• The Issuer Application Data (IAD), including the results of the Card processing, that informs the Issuer about the Card application during the remote authentication.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 20.<br><br>**4.2 Application Cryptogram**<br><br>The methods to generate the Application Cryptogram (AC) are defined by each Payment System. However, this section describes the recommended methods to generate an Application Cryptogram. AC is an 8-byte MAC generated by the Card over a subset of the transaction data in a way it can be verified by the Issuer to validate the transaction.<br><br>AC is generated by applying DES-RMAC or AES-CMAC over the transaction data listed in Table 4.1 using the AC session key $SK_{AC}$. $SK_{AC}$ is derived from the AC master key $MK_{AC}$ and the Application Transaction Counter (ATC). |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 4.2 at 26.<br><br>Additionally, other NFC transaction-related data, including transaction logs, are collected and stored in a Data File (SFI 15) within non-volatile memory.<br><br><br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section D5 at 192. |
| 1b. a security processor configured to execute security functions based on the security software stored in the non-volatile memory, to establish the secure environment and a secure line of | The Accused Instrumentalities comprise a security processor configured to execute security functions based on the security software stored in the non-volatile memory, to establish the secure environment and a secure line of communication in which to control storage and retrieval of the data related to NFC transactions stored in the non-volatile memory, and to create a plurality of partitions in the non-volatile memory.<br><br>As shown below, the Accused Instrumentalities comprise an integrated circuit within a Proximity Integrated Circuit Card (PICC). |

US 8,190,885

| Claim # | Infringement |
|---|---|
| communication in which to control storage and retrieval of the data related to NFC transactions stored in the non-volatile memory, and to create a plurality of partitions in the non-volatile memory, | **Integrated Circuit(s)** — Electronic component(s) designed to perform processing and/or memory functions.<br><br>**Integrated Circuit(s) Card** — A card into which one or more integrated circuits are inserted to perform processing and memory functions.<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 3 at 22.<br><br>**Proximity IC Card (PICC)** — Within these specifications, a PICC is considered to be a consumer token into which integrated circuit(s) and coupling means have been placed and in which communication to such integrated circuit(s) is done by inductive coupling in proximity of a coupling device. The consumer token may be a card of the ID 1 form factor (as defined in [ISO/IEC 7810]), a key fob, a mobile phone, or another form factor.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 1.5 at 4.<br><br>The Accused Instrumentalities comprise a security processor configured to execute security functions based on the security software stored in the non-volatile memory (see element 1a above).<br><br>NFC payments incorporate several security measures to protect against fraud and unauthorized access. These measures include: |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
| | **Encryption**<br><br>When data is transmitted between the NFC device (such as a smartphone or card) and the payment terminal, it is encrypted. This encryption converts the information into a secure code, which helps prevent unauthorized parties from intercepting sensitive details such as card numbers and transaction amounts.<br><br>**Tokenization**<br><br>Many NFC payment systems use tokenization. Instead of transmitting the actual card number, a unique digital token is used. Though it represents the card number, this token is useless if intercepted, as it cannot be used beyond the specific transaction for which it was generated.<br><br>https://stripe.com/resources/more/nfc-security-101-a-guide-for-businesses-using-contactless-payments<br><br>The Accused Instrumentalities establish a secure environment and a secure line of communication in which to control storage and retrieval of the data related to NFC transactions stored in the non-volatile memory. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | ## 2 Secure Channel<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br>• Privacy protection<br>• Secure data storage<br>• Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2 at 15.<br><br><br>The secure environment and secure line of communication is used to control the storage and retrieval of NFC transaction data.<br><br>## 3 Local Authentication<br><br>This section describes the local authentication of the Card by the Reader when performed during a transaction, it authenticates the transaction data and ensures that the Card is genuine. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3 at 19.<br><br>The Reader transaction data needed by the Card is specified in the Processing Options Data Object List (PDOL) and Card Risk Management Data Object List (CDOL1).<br><br>PDOL indicates the data objects needed to initialise the Card application such as the Kernel Qualifier and Kernel Key Data. The Kernel Qualifier indicates the secure channel Algorithm Suite Indicator (ASI) supported by the Reader and whether the Reader supports local authentication or not. The Kernel Key Data is the Reader ephemeral ECC public key used in the BDH key agreement.   ← **a secure environment and a secure line of communication**<br><br>CDOL1 in Table 3.1 indicates the recommended data objects needed by the Card application to complete the transaction. Data objects already specified in the PDOL are normally not repeated in CDOL1.<br><br>**Table 3.1 – Recommended CDOL1**<br><br>| Reference | Length |<br>|---|---|<br>| Amount, Authorised (Numeric) | 6 |<br>| Amount, Other (Numeric) | 6 |<br>| Terminal Country Code | 2 |<br>| Terminal Verification Results | 5 |<br>| Transaction Currency Code | 2 |<br><br>EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 21.<br><br>b    These data elements consist of either unsigned binary numbers or bit combinations that are defined elsewhere in the specification.<br><br>Binary example: The Application Transaction Counter (ATC) is defined as "b" with a length of two bytes. An ATC value of 19 is stored as Hex '00 13'.   ← **NFC transaction data**<br><br>Bit combination example: Processing Options Data Object List (PDOL) is defined as "b" with the format shown in Book 3 section 5.4.<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 4.3 at 36. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
|  | **6.5.7    GET DATA Command-Response APDUs**<br><br>**6.5.7.1    Definition and Scope**<br><br>The GET DATA command is used to retrieve a primitive or constructed data object not encapsulated in a record within the current application.<br><br>The usage of the GET DATA command in this specification is limited to the retrieval of the following primitive or constructed data objects that are defined in Annex A and interpreted by the application in the ICC:<br><br>• ATC (tag '9F36')    ← NFC transaction data<br>• Last Online ATC Register (tag '9F13')<br>• PIN Try Counter (tag '9F17')<br>• Log Format (tag '9F4F')<br>• Biometric Try Counters Template (tag 'BF4C')<br>• Preferred Attempts Template (tag 'BF4D')<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 6.5.7 at 61. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| |  |

US 8,190,885

| Claim # | Infringement |
|---|---|
|  | EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 3.2 at 20.<br><br>**D5    Example**<br><br>Note that the following data elements are shown for example purposes only.<br><br>A Log Entry data element equal to '0F14' indicates that the transaction log file is located in SFI 15 ('0F') and contains a maximum of 20 records ('14').<br><br>A Log Format data element equal to '9A039F21035F2A029F02069F4E149F3602' indicates that the transaction log records have the following content:<br><br>| Data Content | Tag | Length |<br>|---|---|---|<br>| Transaction Date | '9A' | 3 |<br>| Transaction Time | '9F21' | 3 |<br>| Transaction Currency Code | '5F2A' | 2 |<br>| Amount, Authorised | '9F02' | 6 |<br>| Merchant Name and Location | '9F4E' | 20 |<br>| Application Transaction Counter | '9F36' | 2 |<br><br>← NFC transaction data<br><br>**Table 54: Example of Log Format**<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section D5 at 192. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
|  | **5.3    Files**<br><br>The data objects contained in data files accessible from the ICC are stored in records. The file structure and referencing method depend on the purpose of the file. The following sections describe structures and referencing methods. The layout of the data files accessible from the ICC is left to the discretion of the issuer except for the directory files described in the following section.<br><br>**5.3.1    Application Elementary Files**<br><br>An Application Elementary File (AEF) in the range 1-10, contains one or more primitive Basic Encoding Rules – TLV (BER-TLV) data objects grouped into constructed BER-TLV data objects (records) according to Annex B. After selecting the application, an AEF in the range 1-10 is referred to only by its SFI as described in section 5.3.2.2.<br><br>A data file referred to in this specification consists of a sequence of records addressed by record number. The data files referred to by SFIs in the range 1-10 contain only data not interpreted by the card, that is, data that is not used by the card in its internal processes. This file structure is defined as linear. It can be either linear fixed or linear variable according to ISO/IEC 7816-4. The choice is left to the issuer and does not affect the reading of the file according to this specification.<br><br>**5.3.2    File Referencing**<br><br>A file may be referred to by a name or a SFI depending on its type.<br><br>**5.3.2.1    Referencing by Name**<br><br>Any Application Definition File (ADF) or Directory Definition File (DDF) in the card is referenced by its Dedicated File (DF) name. A DF name for an ADF corresponds to the Application Identifier (AID) or contains the AID as the beginning of the DF name. Each DF name shall be unique within a given card.<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 5.3 at 41.<br><br><br>The Accused Instrumentalities create a plurality of partitions in the non-volatile memory. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **7    Files for Financial Transaction Interchange**<br><br>The description of the file structure and commands for accessing the files is found in Part III of Book 1 (for application selection) and Part II of this book (for the application elementary files). The definition of each of the data objects is defined in Annex A.<br><br>**7.1    Mapping Data Objects**<br><br>The payment system or issuer will map the appropriate data objects to files according to their needs, subject to the following restrictions:<br><br>- All files accessible using the READ RECORD command as defined in this specification containing data objects defined in this specification shall use SFIs in the range 1 to 10. These files:<br>  - Shall be linear files readable using the READ RECORD command as described in this specification.<br>  - May contain multiple records. Each record is limited to 254 bytes, including tag and length.<br>  - Each record shall be coded as a constructed data object. The tag of the constructed data object shall be '70' indicating a template proprietary to this specification, and the length field shall contain the total length of the encapsulated data objects.<br>  - Shall contain only data objects defined in this specification and coded in accordance with the BER-TLV described in Annex B.<br>  - May have access conditions to be satisfied for updates, but must be readable unconditionally.<br>- Files with SFIs in the range 11 to 20 are reserved for proprietary data to be specified by the individual payment systems.<br>- Files with SFIs in the range 21 to 30 are reserved for proprietary data to be specified by the issuer.  — plurality of partitions<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 7 at 77. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | **5.3.2.2   Referencing by SFI**<br><br>SFIs are used for the selection of AEFs. Any AEF within a given application is referenced by a SFI coded on 5 bits in the range 1 to 30. The coding of the SFI is described in every command that uses it.<br><br>Table 1 describes the assignment of SFIs for an EMV application:<br><br>plurality of partitions →<br><br>| Value | Meaning |<br>|-------|---------|<br>| 1-10 | Governed by this specification |<br>| 11-20 | Payment system-specific |<br>| 21-30 | Issuer-specific |<br><br>**Table 1:  Structure of SFI**<br><br>An SFI shall be unique within an application. The coding of SFIs within the range 1 to 10 is used to address AEFs governed by this specification.<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 5.3.2.2 at 42. |
| 1c. wherein each partition in the plurality of partitions is accessed exclusively via the security processor; and | The Accused Instrumentalities further comprise a security processor configured to create a plurality of partitions wherein each partition in the plurality of partitions is accessed exclusively via the security processor.<br><br>As shown below, the accused product supports ISO/IEC 14443 for transferring application protocol data units as defined in ISO/IEC 7816-4 and requires normative references to ISO/IEC 7816-3 and ISO/IEC 7816-4. ISO/IEC 7816-3 provides cards with programming power to write and erase non-volatile memory. This memory contains data files composed of data objects that are accessible from the ICC (Integrated Circuit Card) and stored in records. The file structure is defined as either linear fixed or linear variable according to ISO/IEC 7816-4. Each file is assigned to an SFI (Short File Identifier) reserved for a specific purpose. For example, SFIs 1-10 are designated for Application Elementary Files (AEF), 11-20 for payment system-specific files, and 21-30 for issuer-specific files. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **Proximity IC Card (PICC)** — Within these specifications, a PICC is considered to be a consumer token into which integrated circuit(s) and coupling means have been placed and in which communication to such integrated circuit(s) is done by inductive coupling in proximity of a coupling device. The consumer token may be a card of the ID 1 form factor (as defined in [ISO/IEC 7810]), a key fob, a mobile phone, or another form factor. **Proximity Coupling Device (PCD)** — The peripheral device of the terminal that uses inductive coupling to provide power to the PICC and also to control the data exchange with the PICC. EMV Level 1 Contactless Interface Specification, v3.2, Section 1.5 at 4. **2.3 Secure Data Storage** The privacy protection is extended to secure the Card data storage based on the READ DATA and WRITE DATA commands. This may be used for reading from and writing to TLV encoded data envelopes, as shown in Figure 2.3. EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.3 at 17. The Card data storage also includes an authentication mechanism for the data sent or received by the Card. An 8-byte MAC is computed by the Card using AES-CMAC with the session key for integrity $SK_I$. EMV Contactless Specifications for Payment Systems, Book E: Security and Key Management, v1.1, Section 2.3 at 18. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **5.3    Files**<br><br>The data objects contained in data files accessible from the ICC are stored in records. The file structure and referencing method depend on the purpose of the file. The following sections describe structures and referencing methods. The layout of the data files accessible from the ICC is left to the discretion of the issuer except for the directory files described in the following section.<br><br>**5.3.1    Application Elementary Files**<br><br>An Application Elementary File (AEF) in the range 1-10, contains one or more primitive Basic Encoding Rules – TLV (BER-TLV) data objects grouped into constructed BER-TLV data objects (records) according to Annex B. After selecting the application, an AEF in the range 1-10 is referred to only by its SFI as described in section 5.3.2.2.<br><br>A data file referred to in this specification consists of a sequence of records addressed by record number. The data files referred to by SFIs in the range 1-10 contain only data not interpreted by the card, that is, data that is not used by the card in its internal processes. This file structure is defined as linear. It can be either linear fixed or linear variable according to ISO/IEC 7816-4. The choice is left to the issuer and does not affect the reading of the file according to this specification.<br><br>**5.3.2    File Referencing**<br><br>A file may be referred to by a name or a SFI depending on its type.<br><br>**5.3.2.1    Referencing by Name**<br><br>Any Application Definition File (ADF) or Directory Definition File (DDF) in the card is referenced by its Dedicated File (DF) name. A DF name for an ADF corresponds to the Application Identifier (AID) or contains the AID as the beginning of the DF name. Each DF name shall be unique within a given card.<br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 5.3 at 41.<br><br><table><tr><td>**Integrated Circuit(s)**</td><td>Electronic component(s) designed to perform processing and/or memory functions.</td></tr><tr><td>**Integrated Circuit(s) Card**</td><td>A card into which one or more integrated circuits are inserted to perform processing and memory functions.</td></tr></table><br><br>EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 3 at 22. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | ## 7    Files for Financial Transaction Interchange

The description of the file structure and commands for accessing the files is found in Part III of Book 1 (for application selection) and Part II of this book (for the application elementary files). The definition of each of the data objects is defined in Annex A.

### 7.1    Mapping Data Objects

The payment system or issuer will map the appropriate data objects to files according to their needs, subject to the following restrictions:

- All files accessible using the READ RECORD command as defined in this specification containing data objects defined in this specification shall use SFIs in the range 1 to 10. These files:
  - Shall be linear files readable using the READ RECORD command as described in this specification.
  - May contain multiple records. Each record is limited to 254 bytes, including tag and length.
  - Each record shall be coded as a constructed data object. The tag of the constructed data object shall be '70' indicating a template proprietary to this specification, and the length field shall contain the total length of the encapsulated data objects.
  - Shall contain only data objects defined in this specification and coded in accordance with the BER-TLV described in Annex B.
  - May have access conditions to be satisfied for updates, but must be readable unconditionally.
- Files with SFIs in the range 11 to 20 are reserved for proprietary data to be specified by the individual payment systems.
- Files with SFIs in the range 21 to 30 are reserved for proprietary data to be specified by the issuer.            plurality of partitions

EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 7 at 77. |

28

US 8,190,885

| Claim # | Infringement |
|---|---|
| |  |

### 5.3.2.2 Referencing by SFI

SFIs are used for the selection of AEFs. Any AEF within a given application is referenced by a SFI coded on 5 bits in the range 1 to 30. The coding of the SFI is described in every command that uses it.

Table 1 describes the assignment of SFIs for an EMV application:

**plurality of partitions** →

| Value | Meaning |
|---|---|
| 1-10 | Governed by this specification |
| 11-20 | Payment system-specific |
| 21-30 | Issuer-specific |

**Table 1: Structure of SFI**

An SFI shall be unique within an application. The coding of SFIs within the range 1 to 10 is used to address AEFs governed by this specification.

EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section 5.3.2.2 at 42.

### D5    Example

Note that the following data elements are shown for example purposes only.

A Log Entry data element equal to '0F14' indicates that the transaction log file is located in SFI 15 ('0F') and contains a maximum of 20 records ('14').

A Log Format data element equal to '9A039F21035F2A029F02069F4E149F3602' indicates that the transaction log records have the following content:

| Data Content | Tag | Length |
|---|---|---|
| Transaction Date | '9A' | 3 |
| Transaction Time | '9F21' | 3 |
| Transaction Currency Code | '5F2A' | 2 |
| Amount, Authorised | '9F02' | 6 |
| Merchant Name and Location | '9F4E' | 20 |
| Application Transaction Counter | '9F36' | 2 |

**NFC transaction data** ←

**Table 54: Example of Log Format**

EMV Integrated Circuit Card Specifications for Payment Systems, Book 3, v4.4, Section D5 at 192.

29

US 8,190,885

| Claim # | Infringement |
|---|---|
| 1d. a NFC component configured to implement a NFC wireless protocol to enable the memory module to participate in a NFC transaction, | The Accused Instrumentalities comprise an NFC component configured to implement an NFC wireless protocol to enable the memory module to participate in an NFC transaction.<br><br>**How Does NFC Work in Contactless Payments?**<br><br>NFC technology plays a pivotal role in enabling contactless payment processing. It allows consumers to make payments by simply tapping or bringing their NFC-enabled payment card, smartphone, or other compatible devices close to a contactless payment terminal. The terminal then reads the information stored on the NFC-enabled device or card and processes the payment.<br><br>Here's a step-by-step breakdown of how NFC-based contactless payments work:<br><br>1. **Initialization:** The customer initiates the payment process by tapping their NFC-enabled device (e.g., smartphone or contactless card) near the merchant's payment terminal.<br><br>2. **Data Transmission:** The NFC technology allows for a secure and quick data transmission between the device and the terminal. This includes sending the card's information, such as the card number and a one-time code.<br><br>3. **Transaction Authorization:** The payment terminal forwards the transaction details to the payment processor, which then verifies the transaction's validity.<br><br>4. **Approval and Completion:** If the transaction is approved, the payment is completed, and both the customer and the merchant receive confirmation.<br><br>https://www.clearlypayments.com/blog/what-is-nfc-and-contactless-payments/. *See also* https://www.helcim.com/guides/accepting-tap-and-pay-nfc-payments/ |

US 8,190,885

| Claim # | Infringement |
|---------|-------------|
|         | As shown below, the Accused Instrumentalities provide ISO/IEC 14443 communication signal and Radio Frequency Power and Signal Interfaces to implement ISO/IEC 14443 transmission protocol to establish NFC communication (ISO/IEC 14443) between PICC (Proximity IC Card) and a proximity coupling device (PDC). It also supports card transactions via near-field communication (NFC).<br><br>1 General<br>1.3 Normative References<br><br>EMV Level 1<br>Contactless Interface v3.2<br><br>**1.3  Normative References**<br><br>The following standards contain provisions that are referenced in this specification. The latest version including all published amendments applies unless a publication date is explicitly stated.<br><br>[ISO/IEC 7810]   Identification cards – Physical characteristics.<br><br>[ISO/IEC 14443-1]   Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 1: Physical characteristics.<br><br>[ISO/IEC 14443-2]   Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 2: Radio frequency power and signal interface.<br><br>[ISO/IEC 14443-3]   Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 3: Initialization and anticollision.<br><br>[ISO/IEC 14443-4]   Identification cards – Contactless integrated circuit(s) cards – Proximity cards – Part 4: Transmission protocol.<br><br>[ISO/IEC 13239]   Information technology – Telecommunications and information exchange between systems – High-level data link control (HDLC) procedures.<br><br>[ISO/IEC 10373-6]   Identification cards – Test methods – Part 6: Proximity cards.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 1.3 at 2. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| |  EMV Level 1 Contactless Interface Specification, v3.2, Section 2.5 at 22. <br><br> ISO/IEC 14443-4, Fourth Edition, Introduction. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **Chapter 3** describes the electrical characteristics of the contactless interface between a PICC and PCD. The interface includes the power requirements for the electromagnetic field established by the PCD and the modulation methods for the bi-directional data transfer between the PICC and the PCD. This chapter describes the two ISO/IEC 14443 communication signal interfaces: Type A and Type B. Both communication signal interfaces use different modulation methods for the PCD to PICC and the PICC to PCD communication.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 2.5 at 22.<br><br>**3    Radio Frequency Power and Signal Interface**<br><br>This chapter specifies the electrical characteristics of the two signalling schemes (Type A and Type B) of the contactless interface supported by EMV. The interface includes both power and bi-directional communication between a PCD and a PICC.<br><br>**3.1  Introduction**<br><br>This chapter specifies the RF power and signal interface requirements for the PCD and PICC. All the requirements included in this chapter are specified with respect to the EMV Contactless Level 1 Test Equipment. Requirements are preceded by a measurement procedure describing how to use the EMV Contactless Level 1 Test Equipment to validate the specific requirement. The remainder of this section explains the approach used for writing the requirements.<br><br>**3.1.1    Transmission and Reception Requirements**<br><br>A device, which can be a PCD or a PICC, is either transmitting or receiving. A PCD transmits power and data to a PICC and receives data from this PICC. A PICC receives power as well as data from a PCD and can transmit data to the PCD. The configurations for transmitting and receiving for PCD and PICC are illustrated in Table 3.1.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 3 at 25. |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
|  | **Chapter 4** describes the protocol layers sequence and frame. It specifies the coding techniques used for establishing the symbol alphabets and bit level coding. <u>The ISO/IEC 14443 protocol uses different bit coding techniques for Type A and Type B.</u><br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 2.5 at 22.<br><br>**Chapter 10** <u>defines the data transmission protocol. The half-duplex block transmission protocol defined in this chapter is common for Type A and Type B and uses the frame format as defined in Chapter 4. The transmission protocol is used to convey information for use by the application layer.</u> The application layer itself is outside the scope of this specification.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 2.5 at 23.<br><br>4. <u>After the PICC has been activated, the PCD installs the half-duplex transmission protocol as specified in Chapter 10 and the terminal application performs the transaction.</u> The transaction processing is situated at the application layer and outside the scope of this specification.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 9.1.1 on 191. |

34

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | Both protocols assume data is encoded in bytes (i.e. the number of data bits is a multiple of 8) and transmit data bits LSB (or b1) first. The commands and data further on in this specification are however defined in the conventional manner, with MSB (or b8) on the left and LSB (or b1) on the right. Bytes are numbered in the opposite order: Byte 1 is the leftmost or most significant byte. Bytes are transferred most significant byte first.<br><br>Figure 4.1 illustrates the Type A and the Type B frame format.<br><br><br><br>**Figure 4.1: Frame Format for Type A and Type B**<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 4.1 on 70. |
| 1e. wherein the NFC component stores NFC transaction log data associated with the NFC transaction | The Accused Instrumentalities comprise wherein the NFC component  stores NFC transaction log data associated with the NFC transaction  in the non-volatile memory (i.e., non-volatile memory) via the security processor. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| in the non-volatile memory via the security processor, | As shown below, the Accused Instrumentalities provide ISO/IEC 14443 communication signal and Radio Frequency Power and Signal Interfaces to implement ISO/IEC 14443 transmission protocol to establish NFC communication (ISO/IEC 14443) between ICC (Integrated Circuit Card or PICC (Proximity IC Card) and a proximity coupling device (PDC) via integrated circuit.

It maintains the Application Transaction Counter (ATC) on the ICC (Integrated Circuit Card) or PICC (Proximity IC Card), which is incremented by the card for each transaction. It supports ISO/IEC 14443 for transferring application protocol data units as defined in ISO/IEC 7816-4 and requires normative references to ISO/IEC 7816-3 and ISO/IEC 7816-4. ISO/IEC 7816-3 provides cards with programming power to write and erase non-volatile memory.

Additionally, the above-mentioned ATC counter value is logged and stored in a non-volatile memory Data File (SFIs 15) as a transaction log file. The file structure is defined as either linear fixed or linear variable according to ISO/IEC 7816-4.

**Chapter 3** describes the electrical characteristics of the contactless interface between a PICC and PCD.  The interface includes the power requirements for the electromagnetic field established by the PCD and the modulation methods for the bi-directional data transfer between the PICC and the PCD.  This chapter describes the two ISO/IEC 14443 communication signal interfaces: Type A and Type B.  Both communication signal interfaces use different modulation methods for the PCD to PICC and the PICC to PCD communication.

EMV Level 1 Contactless Interface Specification, v3.2, Section 2.5 at 22. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | **3    Radio Frequency Power and Signal Interface**

This chapter specifies the electrical characteristics of the two signalling schemes (Type A and Type B) of the contactless interface supported by EMV. The interface includes both power and bi-directional communication between a PCD and a PICC.

**3.1  Introduction**

This chapter specifies the RF power and signal interface requirements for the PCD and PICC. All the requirements included in this chapter are specified with respect to the EMV Contactless Level 1 Test Equipment. Requirements are preceded by a measurement procedure describing how to use the EMV Contactless Level 1 Test Equipment to validate the specific requirement. The remainder of this section explains the approach used for writing the requirements.

**3.1.1    Transmission and Reception Requirements**

A device, which can be a PCD or a PICC, is either transmitting or receiving. A PCD transmits power and data to a PICC and receives data from this PICC. A PICC receives power as well as data from a PCD and can transmit data to the PCD. The configurations for transmitting and receiving for PCD and PICC are illustrated in Table 3.1.

EMV Level 1 Contactless Interface Specification, v3.2, Section 3 at 25.

b    These data elements consist of either unsigned binary numbers or bit combinations that are defined elsewhere in the specification.

Binary example: The Application Transaction Counter (ATC) is defined as "b" with a length of two bytes. An ATC value of 19 is stored as Hex '00 13'.    ← NFC transaction data

Bit combination example: Processing Options Data Object List (PDOL) is defined as "b" with the format shown in Book 3 section 5.4.

EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 4.3 at 36. |

**US 8,190,885**

| Claim # | Infringement |
|---------|--------------|
|         | **6.5.7    GET DATA Command-Response APDUs**<br><br>**6.5.7.1    Definition and Scope**<br><br>The GET DATA command is used to retrieve a primitive or constructed data object not encapsulated in a record within the current application.<br><br>The usage of the GET DATA command in this specification is limited to the retrieval of the following primitive or constructed data objects that are defined in Annex A and interpreted by the application in the ICC:<br><br>• ATC (tag '9F36')  ← NFC transaction data<br>• Last Online ATC Register (tag '9F13')<br>• PIN Try Counter (tag '9F17')<br>• Log Format (tag '9F4F')<br>• Biometric Try Counters Template (tag 'BF4C')<br>• Preferred Attempts Template (tag 'BF4D')<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 6.5.7 at 61. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **7.3    Data Retrievable by GET DATA Command**<br><br>Data objects listed in Table 32 are not retrievable by the READ RECORD command but are retrieved by the terminal using the GET DATA command as described in this specification.<br><br>Of the objects listed here, only the Application Transaction Counter (ATC) is a mandatory data object, and it can be retrieved by either the GET DATA command or in the response to a GENERATE AC command. The terminal retrieves the ATC via the GET DATA command only if the ICC contains the Lower Consecutive Offline Limit (LCOL) and Upper Consecutive Offline Limit (UCOL) data objects. If the issuer does not wish terminal velocity checking to be performed and omits these data objects, the ICC does not need to support the GET DATA command, unless the card supports retrieval of the PIN Try Counter or the Log Format using GET DATA.<br><br>_Table:_<br><br>| Tag | Value | Presence |<br>|---|---|---|<br>| '9F36' | Application Transaction Counter (ATC) | M |<br>| '9F17' | PIN Try Counter | O |<br>| '9F13' | Last Online ATC Register | O |<br>| '9F4F' | Log Format | O |<br><br>← NFC transaction data<br><br>**Table 32:  Data Objects Retrievable by GET DATA Command**<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 7.3 at 80.<br><br>**10.6.3    Velocity Checking**<br><br>If both the Lower Consecutive Offline Limit (tag '9F14') and Upper Consecutive Offline Limit (tag '9F23') exist, the terminal shall perform velocity checking as described in this section.[17] If either of these data objects is not present in the ICC application, the terminal shall skip this section.<br><br>The ATC and Last Online ATC Register shall be read from the ICC using GET DATA commands. If either of the required data objects is not returned by the ICC in response to the GET DATA command, or if the value of the ATC is less than or equal to the value in the Last Online ATC Register, the terminal shall:<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 10.6.3 at 121. |

39

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **D5 Example**<br><br>Note that the following data elements are shown for example purposes only.<br><br>A Log Entry data element equal to '0F14' indicates that the transaction log file is located in SFI 15 ('0F') and contains a maximum of 20 records ('14').<br><br>A Log Format data element equal to '9A039F21035F2A029F02069F4E149F3602' indicates that the transaction log records have the following content:<br><br>Table with NFC transaction data:<br><br>| Data Content | Tag | Length |<br>| Transaction Date | '9A' | 3 |<br>| Transaction Time | '9F21' | 3 |<br>| Transaction Currency Code | '5F2A' | 2 |<br>| Amount, Authorised | '9F02' | 6 |<br>| Merchant Name and Location | '9F4E' | 20 |<br>| Application Transaction Counter | '9F36' | 2 |<br><br>**Table 54: Example of Log Format**<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section D5 at 192.<br><br>| Application Transaction Counter (ATC) | Counter maintained by the application in the ICC (incrementing the ATC is managed by the ICC) | ICC | b | '77' or '80' | '9F36' | 2 |<br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section A1 at 139. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
|  | The Local Cryptogram is returned by the Card in the response message of the GENERATE AC command with the following Card transaction data:<br><br>• The Cryptogram Information Data (CID) that informs the Reader on the type of Application Cryptogram generated.<br><br>• The Application Transaction Counter (ATC) incremented by the Card for each transaction that ensures the freshness of the Application Cryptogram and Local Cryptogram on the Card side. ← NFC transaction data<br><br>• The Cardholder Verification Decision (CVD) that indicates the Cardholder Verification Method (CVM) chosen by the Card, not the result of a Cardholder verification.<br><br>• Optional data objects authenticated by the Local Cryptogram.<br><br>• The Application Cryptogram (AC).<br><br>• The Issuer Application Data (IAD), including the results of the Card processing, that informs the Issuer about the Card application during the remote authentication.<br><br>EMV Book E Security and Key Management, v1.1, Section 3.2 at 20.<br><br><table><tr><td>**Integrated Circuit(s)**</td><td>Electronic component(s) designed to perform processing and/or memory functions.</td></tr><tr><td>**Integrated Circuit(s) Card**</td><td>A card into which one or more integrated circuits are inserted to perform processing and memory functions.</td></tr></table><br><br>EMV Book 3 Integrated Circuit Card Specifications for Payment Systems, v4.4, Section 3 at 22.<br><br>**2.3 Secure Data Storage**<br><br>The privacy protection is extended to secure the Card data storage based on the READ DATA and WRITE DATA commands. This may be used for reading from and writing to TLV encoded data envelopes, as shown in Figure 2.3.<br><br>EMV Book E Security and Key Management, v1.1, Section 2.3 at 17. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | The Card data storage also includes an authentication mechanism for the data sent or received by the Card. An 8-byte MAC is computed by the Card using AES-CMAC with the session key for integrity $SK_I$.

EMV Book E Security and Key Management, v1.1, Section 2.3 at 18.

**Introduction**

The ISO/IEC 14443 series of standards describes the parameters for identification cards or objects for international interchange.

The protocol, as defined in this document, is capable of transferring the application protocol data units as defined in ISO/IEC 7816-4. Thus, application protocol data units and application selection may be used as defined in ISO/IEC 7816-4.

The ISO/IEC 14443 series of standards is intended to allow operation of proximity cards in the presence of other contactless cards or objects conforming to the ISO/IEC 10536 series of standards and the ISO/IEC 15693 series of standards and near field communication d (NFC) devices conforming to ISO/IEC 18092 and ISO/IEC 21481.

ISO/IEC 14443-4, Fourth Edition, Introduction.

**2   Normative references**

The following documents are referred to in the text in such a way that some or all of their content constitutes requirements of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO/IEC 7816-3, Identification cards — Integrated circuit cards — Part 3: Cards with contacts — Electrical interface and transmission protocols

ISO/IEC 7816-4:2013, Identification cards — Integrated circuit cards — Part 4: Organization, security and commands for interchange

ISO/IEC 14443-2[1], Cards and security devices for personal identification — Contactless proximity objects — Part 2: Radio frequency power and signal interface

ISO/IEC 14443-3, Cards and security devices for personal identification — Contactless proximity objects — Part 3: Initialization and anticollision

ISO/IEC 14443-4, Fourth Edition, Section 2. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| | — ISO/IEC 7816-3 specifies electrical interface and transmission protocols for asynchronous cards.<br><br>NOTE   The first and second editions of ISO/IEC 7816-3 specified an optional use of contact C6 to provide the card with programming power required to write or to erase internal non-volatile memory. As every card manufactured since 1990 internally generates programming power, this third edition deprecates this use, as well as the related indications in the Answer-to-Reset and the related controls in each transmission protocol.  **← non-volatile memory**<br><br>ISO/IEC 7816-3, Third Edition, Introduction.<br><br>**3.1.3   'Function Properly'**<br><br>For both a PCD and a PICC, checking the data reception characteristics depends on some kind of acknowledgement by the device that the data was received. For a PCD, sending the next command (=data transmission) in the overall flow implies that the response from the EMV – TEST PICC was understood. For a PICC, a change in internal state implies that the command from the PCD was understood.<br><br>For the remainder of the specification, the wording 'function properly' will be used for a PCD sending the next command, following a response created by the EMV – TEST PICC.<br><br>'Function properly' is also used for a PICC receiving a command generated by the EMV – TEST PCD. For the purpose of this specification, the receiver of a PICC is considered to function properly if the processing of a command sent by the EMV – TEST PCD results in the required change in the internal state of the PICC corresponding the command. Examples of a change in internal state are:<br><br>• Changing the state of the state machine of the PICC (making it capable of processing the next command)<br>• Changing the internal memory of the PICC (volatile or non-volatile memory)<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 3.1.3 at 27. |
| 1f. wherein the non-volatile memory, the security processor, and the NFC component are integrated, as an | The Accused Instrumentalities comprise wherein the non-volatile memory, the security processor, and the NFC component are integrated, as an integrated group or circuits, within the memory module.<br><br>As shown below, the Accused Instrumentalities comprise an integrated circuit comprising the security processor, non-volatile memory, and an ISO/IEC 14443 communication signal and Radio Frequency Power and Signal Interfaces (NFC component) all of which are into a memory module, i.e., a PICC card. |

US 8,190,885

| Claim # | Infringement |
|---|---|
| integrated group or circuits, within the memory module. | <br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 2.1 at 13.<br><br>**Chapter 3** describes the electrical characteristics of the contactless interface between a PICC and PCD. The interface includes the power requirements for the electromagnetic field established by the PCD and the modulation methods for the bi-directional data transfer between the PICC and the PCD. This chapter describes the two ISO/IEC 14443 communication signal interfaces: Type A and Type B. Both communication signal interfaces use different modulation methods for the PCD to PICC and the PICC to PCD communication.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 9.1.1 at 191. |

US 8,190,885

| Claim # | Infringement |
|---------|--------------|
| | **3 Radio Frequency Power and Signal Interface**<br><br>This chapter specifies the electrical characteristics of the two signalling schemes (Type A and Type B) of the contactless interface supported by EMV. The interface includes both power and bi-directional communication between a PCD and a PICC.<br><br>**3.1 Introduction**<br><br>This chapter specifies the RF power and signal interface requirements for the PCD and PICC. All the requirements included in this chapter are specified with respect to the EMV Contactless Level 1 Test Equipment. Requirements are preceded by a measurement procedure describing how to use the EMV Contactless Level 1 Test Equipment to validate the specific requirement. The remainder of this section explains the approach used for writing the requirements.<br><br>**3.1.1 Transmission and Reception Requirements**<br><br>A device, which can be a PCD or a PICC, is either transmitting or receiving. A PCD transmits power and data to a PICC and receives data from this PICC. A PICC receives power as well as data from a PCD and can transmit data to the PCD. The configurations for transmitting and receiving for PCD and PICC are illustrated in Table 3.1.<br><br>EMV Level 1 Contactless Interface Specification, v3.2, Section 3 at 25. |

45

US 8,190,885

| Claim # | Infringement |
|---|---|
|  | ### 3.1.3  'Function Properly' <br><br> For both a PCD and a PICC, checking the data reception characteristics depends on some kind of acknowledgement by the device that the data was received. For a PCD, sending the next command (=data transmission) in the overall flow implies that the response from the EMV – TEST PICC was understood. For a PICC, a change in internal state implies that the command from the PCD was understood. <br><br> For the remainder of the specification, the wording 'function properly' will be used for a PCD sending the next command, following a response created by the EMV – TEST PICC. <br><br> 'Function properly' is also used for a PICC receiving a command generated by the EMV – TEST PCD. For the purpose of this specification, the receiver of a PICC is considered to function properly if the processing of a command sent by the EMV – TEST PCD results in the required change in the internal state of the PICC corresponding the command. Examples of a change in internal state are: <br><br> • Changing the state of the state machine of the PICC (making it capable of processing the next command) <br> • Changing the internal memory of the PICC (volatile or non-volatile memory) ← **non-volatile memory** <br><br> EMV Level 1 Contactless Interface Specification, v3.2, Section 3.1.3 at 27. <br><br><br> **Proximity IC Card (PICC)**   Within these specifications, a PICC is considered to be a consumer token into which integrated circuit(s) and coupling means have been placed and in which communication to such integrated circuit(s) is done by inductive coupling in proximity of a coupling device. <br> The consumer token may be a card of the ID 1 form factor (as defined in [ISO/IEC 7810]), a key fob, a mobile phone, or another form factor. <br><br> **Proximity Coupling Device (PCD)**   The peripheral device of the terminal that uses inductive coupling to provide power to the PICC and also to control the data exchange with the PICC. <br><br> EMV Level 1 Contactless Interface Specification, v3.2, Section 1.5 at 4. |

46

US 8,190,885

| Claim # | Infringement |
|---|---|
| 3. The memory module of claim 1, wherein the security software includes at least one of password authentication software, shared key authentication software, public key infrastructure software, integrity check software, encryption software, decryption software, anti-virus software, or anti-spyware software. | The Accused Instrumentalities comprise the memory module of claim 1 (above) wherein the security software (i.e., financial applications in PICC (Proximity IC Card)) includes at least one of password authentication software, shared key authentication software, public key infrastructure software, integrity check software, encryption software, decryption software, anti-virus software, or anti-spyware software.<br><br>As shown below, the Accused Instrumentalities provide financial applications in PICC (Proximity IC Card) that require a Kernel qualifier and Kernel key data for initialization. The Kernel key data used in BDH (Blinded Diffie-Hellman) key agreement that supports the exchange of the Kernel public key, and the Card blinded public key between Reader and the Card. The Card blinded public key is generated by multiplying the Card public key by a random integer, known as the blinding factor. This blinding factor, later encrypted and sent by the Card, enables the Reader to authenticate the Card. Thus, the accused product provides shared key authentication software, public key infrastructure software, and encryption software methodology within the financial applications in PICC.<br><br>The Reader transaction data needed by the Card is specified in the Processing Options Data Object List (PDOL) and Card Risk Management Data Object List (CDOL1).<br><br>PDOL indicates the data objects needed to initialise the Card application such as the Kernel Qualifier and Kernel Key Data. The Kernel Qualifier indicates the secure channel Algorithm Suite Indicator (ASI) supported by the Reader and whether the Reader supports local authentication or not. The Kernel Key Data is the Reader ephemeral ECC public key used in the BDH key agreement.    ← a secure environment and a secure line of communication<br><br>CDOL1 in Table 3.1 indicates the recommended data objects needed by the Card application to complete the transaction. Data objects already specified in the PDOL are normally not repeated in CDOL1.<br><br>**Table 3.1 – Recommended CDOL1**<br><br><table><tr><th>Reference</th><th>Length</th></tr><tr><td>Amount, Authorised (Numeric)</td><td>6</td></tr><tr><td>Amount, Other (Numeric)</td><td>6</td></tr><tr><td>Terminal Country Code</td><td>2</td></tr><tr><td>Terminal Verification Results</td><td>5</td></tr><tr><td>Transaction Currency Code</td><td>2</td></tr></table><br><br>EMV Book E Security and Key Management, v1.1, Section 3.2 at 21. |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
| | **2  Secure Channel**<br><br>This section describes the secure channel established between the Reader and the Card for each transaction.<br><br>The secure channel provides:<br><br>• Privacy protection<br>• Secure data storage<br>• Local authentication, described separately in section 3.<br><br>Note that the local cryptogram (EDA-MAC) described in section 3.2 is always validated to provide functional assurance of the secure channel.    ← a secure environment<br><br>EMV Book E Security and Key Management, v1.1, Section 2 at 13. |

48

US 8,190,885

| Claim # | Infringement |
|---|---|
| | **2.1 BDH Key Agreement**<br><br>The Blinded Diffie-Hellman (BDH) key agreement described in Figure 2.1 is a variant of the Elliptic Curve Diffie-Hellman (ECDH) protocol where the Reader generates an ephemeral ECC key pair while the Card uses a fixed key pair personalised by the Issuer. The Card public key is certified by the Issuer through the Card certificate.<br><br><br>**Figure 2.1 – BDH Key Agreement**<br><br>Note that the Card public key and the Card certificate correspond to the ICC ECC Public Key and the ICC ECC Public Key Certificate data objects respectively.<br><br>EMV Book E Security and Key Management, v1.1, Section 2.1 at 15.<br><br>As the Card public key is fixed, for privacy purposes, it needs to be anonymised for each transaction. This is achieved by multiplying the Card public key by a random integer, called the blinding factor, $P_C = r \cdot Q_C$. The result is called the Card blinded public key. Alternatively, the Card blinded public key may be calculated as $P_C = (r \cdot d_C) \cdot G$.<br><br>As described in section 7, the Reader and Card exchange the Kernel public key and the Card blinded public key, compute a shared secret and then derive two session keys – one for confidentiality and one for integrity. The blinding factor, which is later sent encrypted by the Card, permits the Reader to authenticate the Card (in conjunction with the Issuer and Card certificates), if required. |

**US 8,190,885**

| Claim # | Infringement |
|---|---|
| | EMV Book E Security and Key Management, v1.1, Section 2.1 at 16.<br><br>**2.3 Secure Data Storage**<br><br>The privacy protection is extended to secure the Card data storage based on the READ DATA and WRITE DATA commands. This may be used for reading from and writing to TLV encoded data envelopes, as shown in Figure 2.3.<br><br>EMV Book E Security and Key Management, v1.1, Section 2.3 at 17.<br><br>The Card data storage also includes an authentication mechanism for the data sent or received by the Card. An 8-byte MAC is computed by the Card using AES-CMAC with the session key for integrity SK$_I$.<br><br>EMV Book E Security and Key Management, v1.1, Section 2.3 at 18.<br><br>**3  Local Authentication**<br><br>This section describes the local authentication of the Card by the Reader when performed during a transaction, it authenticates the transaction data and ensures that the Card is genuine.　　←　security functions<br><br>EMV Book E Security and Key Management, v1.1, Section 3 at 19. |